IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 FEB 13 P 2:29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr38-SRW |
| | ) | (18 U.S.C. 641) |
| KARIMA M. LAMECHE | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 20th day of August, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, KARIMA M. LAMECHE did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*Christopher D. James*
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

STATE OF ALABAMA            )
                            )        **AFFIDAVIT**
COUNTY OF MONTGOMERY        )

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 20 August 2007, via closed circuit monitor, I observed the subject, later identified as KARIMA LAMECHE, in the clothing area select a child's pair of shorts. LAMECHE placed the shorts on her child and then took the used pair and placed them in her purse. LAMENCHE then took a shirt and placed it on her daughter, putting the old shirt in her purse. LAMECHE then selected a pocket purse, took the tag off, met up with her husband and placed the purse under her arm concealing it. The three departed the store and were stopped in the foyer area. Security Forces was called and responded at which time they assumed the investigation.

                                              EDWARD L. MCINTYRE

Subscribed and sworn to before me this 11th day of February, 2008.

                                              AUDREY F. GRIFFIN
                                              Notary Public
                                              State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS