| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 11, 2008 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:18 - 10:19 |

❏ **ARRAIGNMENT**    ❏ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:08cr38-SRW    **DEFENDANT NAME:** Karima M. Lameche
**AUSA:**    **DEFENDANT ATTORNEY:**
Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; ( )YES    Name:

---

❏ This is defendant's **FIRST APPEARANCE. GOVERNMENT'S ORAL MOTION TO CONTINUE**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ **Not Guilty**
    ❏ Guilty as to:
        ❏ Count(s):
        ❏ Count(s):    ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing
❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
❏ CRIMINAL TERM:
    **DISCOVERY DISCLOSURE DATE:**
❏ **ORAL ORDER that defendant be released and continued under the same conditions previously imposed by the U. S. Magistrate Judge.**
❏ **ORAL ORDER remanding** Defendant to the custody of U. S. Marshal.
❏ Rule 44 Hearing:    ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel