IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 2:08cr38SRW |
| ) | |
| KARIMA M. LAMECHE ) | |

**ORDER**

Pursuant to the Government's March 11, 2008 *Oral Motion to Continue Arraignment*, it is hereby

ORDERED that the motion is hereby GRANTED and that arraignment previously scheduled for March 11, 2008 be and is hereby RESET for May 13, 2008 at 10:00 a.m. Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 12th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE